| | |
|---|---|
| 1 | Jack Silver, Esquire SBN# 160575 |
| | Law Office of Jack Silver |
| 2 | Post Office Box 5469 |
| | Santa Rosa, California 95402-5469 |
| 3 | Telephone: (707) 528-8275 |
| | Facsimile: (707) 528-8675 |
| 4 | lhm28843@sbcglobal.net |
| 5 | Attorney for Plaintiff |
| | Northern California River Watch |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:C06-03982 SBA |
| Plaintiff, | | STIPULATION OF DISMISSAL OF UNION OIL COMPANY OF CALIFORNIA AS A PARTY DEFENDANT WITHOUT PREJUDICE; ORDER [FRCP § 41(a)] |
| v. | | |
| UNION OIL COMPANY OF CALIFORNIA, CONOCOPHILLIPS CORPORATION, and DOES 1 - 10, Inclusive, | | |
| Defendants. | | |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendant UNION OIL COMPANY OF CALIFORNIA through their designated counsel, that UNION OIL COMPANY OF CALIFORNIA be and hereby is dismissed as a party defendant to the above-entitled action without prejudice. Each party agrees to bear its own costs of suit.

Dated: 9/29/06

JACK SILVER, Esq.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 9.28.06

ROBERT C. GOODMAN, Esq.
Attorney for Defendant
UNION OIL COMPANY OF CALIFORNIA

C06-03982 SBA
Stipulation of Dismissal of Union Oil Co. of
California as Party Defendant; Order          1

## ORDER

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: 10/3/06

*Saundra B. Armstrong*
Saundra B. Armstrong
U.S. District Court Judge

C06-03982 SBA
Stipulation of Dismissal of Union Oil Co. of
California as Party Defendant; Order                2