```
 1  GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
 2  PATRICIAL L. BONHEYO, Bar No. 194155
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  Emails:  amortl@glynnfinley.com
             tbonheyo@glynnfinley.com
 6
        Attorneys for Defendant
 7      ConocoPhillips Company, erroneously sued as
        ConocoPhillips Corporation
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation, | Case No. C 06-3982 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| UNION OIL COMPANY OF CALIFORNIA, CONOCOPHILLIPS CORPORATION, and DOES 1-10 Inclusive, | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between plaintiff Northern California River Watch ("Plaintiff") and defendant ConocoPhillips Company, erroneously sued as "ConocoPhillips Corporation" ("Defendant"), through their respective designated counsel, that all claims by Plaintiff against Defendant with respect to the former facility identified as "Unocal/ConocoPhillips Bulk Plant (#0201), 1200 Railroad Avenue, Eureka, California" in Plaintiff's Complaint (the "Eureka facility claims") are hereby dismissed in the above-entitled action without prejudice.

///
///

1   Each party agrees to bear its own costs of suit and attorneys' fees related to the
2   Eureka facility claims.

3   Dated: November 8, 2006

GLYNN & FINLEY, LLP
ANDREW T. MORTL
PATRICIA L. BONHEYO
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____/s/ Andrew T. Mortl_____
Attorneys for Defendant
ConocoPhillips Company, erroneously
sued as ConocoPhillips Corporation

Dated: November 7, 2006

LAW OFFICE OF JACK SILVER
JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469

By _____/s/ Jack Silver_____
Attorneys for Plaintiff
Northern California River Watch

1                                      <u>ORDER</u>

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED: 11/9/06                      /s/ Saundra B. Armstrong

5                                                            Saundra B. Armstrong
                                                            U.S. District Court Judge