Jack Silver, Esquire SBN 160575
LAW OFFICE OF JACK SILVER
Post Office Box 546
Santa Rosa, California 95402-5469
Telephone: (707) 528-8275
Facsimile: (707) 528-8675
lhm28843@sbcglobal.net

Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Andrew T. Mortl, Esquire SBN 177876
Patricia L. Bonheyo, Esquire SBN 194155
GLYNN & FINLEY, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-200
Facsimile: (925) 945-1975
amortl@glynnfinley.com

Attorney for Defendant
CONOCOPHILLIPS COMPANY
(erroneously sued as CONOCOPHILLIPS CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>        Plaintiff<br>v.<br><br>CONOCOPHILLIPS CORPORATION, and DOES 1 - 10, Inclusive,<br><br>        Defendants<br>_____/ | **CASE NO.:C06-03982 SBA**<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER  [FRCP 41(a)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).   Each party agrees to bear its own costs of suit.

C06-03982 SBA
Stipulation Re Dismissal and [Proposed] Order                                                                                 1

1 | DATE: July 6, 2007                LAW OFFICES OF JACK SILVER

2 |                                   /s/ Jack Silver

3 |                                   _____
                                      JACK SILVER
4 |                                   Attorney for Plaintiff
                                      NORTHERN CALIFORNIA RIVER WATCH
5 |

6 |
                                      GLYNN & FINLEY, LLP
7 |

8 |                                   /s/ Andrew T. Mortl
    DATE: July 9, 2007                _____
9 |                                   ANDREW T. MORTL
                                      Attorney for Defendant
10|                                   CONOCOPHILLIPS COMPANY (erroneously sued
                                      as CONOCOPHILLIPS CORPORATION)
11|

12|

13|

14|

15|                                **ORDER**

16|     The parties having stipulated and agreed,

17|     **IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

18|

19| Dated: 7/25/07                    _____
                                      SAUNDRA BROWN ARMSTRONG,
20|                                   JUDGE, U.S. DISTRICT COURT

21|

22|

23|

24|

25|

26|

27|

28|
   C06-03982 SBA
   Stipulation Re Dismissal and [Proposed] Order                          2